# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-2606
_____

RADOSLAW CZABAN,

    Appellant,

    v.

THE BANK OF NEW YORK
MELLON f/k/a THE BANK OF NEW
YORK as Trustee for the
Certificate holders of CWALT,
INC., Alternative Loan Trust
2006-OC11 Mortgage Pass-
Through Certificate Series 2006-
OC11,

    Appellee.

_____


On appeal from the Circuit Court for the First Judicial Circuit,
Okaloosa County.
John T. Brown, Judge.


November 28, 2023

PER CURIAM.

    AFFIRMED.

ROBERTS, ROWE, and LONG, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Radoslaw Czaban, pro se, Appellant.

Jason M. Vanslette and Irina Danilyan of Kelley Kronenberg, Fort Lauderdale, for Appellee.